**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DATREC, LLC,** *Plaintiff* | § | **MO:25-CV-00495-DC** |
| | § | |
| **v.** | § | |
| | § | |
| **ADP, INC.,** *Defendant* | § | |

# ORDER

BEFORE THE COURT is the report and recommendation ("R&R") from United States Magistrate Judge Derek T. Gilliland concerning Defendant ADP, Inc.'s Motion to Dismiss.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his R&R on June 29, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 17.
[2] Doc. 24.
[3] Fed. R. Civ. P. 72 advisory committee's note.

Plaintiff filed objections on July 13, 2026.[4] The Court has conducted a *de novo* review of the R&R, the objections to the R&R, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted. The objections are **OVERRULED**.

It is **ORDERED** that the R&R of the United States Magistrate Judge is **ADOPTED**.[5] The Defendant's Motion to Dismiss is **DENIED**.[6]

It is so **ORDERED**.

SIGNED this 21st day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[4] Doc. 25.
[5] Doc. 24.
[6] Doc. 17.